UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRINA ROLAND, appearing on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS,<br><br>Defendant. | Case No.    CV 10-1538 JL<br><br>~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION TO STAY CASE** |

Good cause appearing, the parties' joint stipulation is GRANTED as follows:

1) This action is stayed pending the transfer of this action to the MDL in the District of New Jersey; and

2) All deadlines are vacated until further order of the Court.

IT IS SO ORDERED.

Dated: June 1, 2010

_____
James Larson
UNITED STATES DISTRICT
MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO STAY CASE
CASE NO. C 10-1538 JL

sf-2850717

1