A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jun 07, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 21, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VERIZON WIRELESS DATA
CHARGES LITIGATION

C 10-1538 JL
(SEE ATTACHED SCHEDULE)

MDL No. 2141

FILED
JUN 1 1 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-3)**

On April 2, 2010, the Panel transferred one civil action to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See F.Supp.2d. (J.P.M.L. 2010). Since that time, 17 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Freda L. Wolfson.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wolfson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of April 2, 2010, and, with the consent of that court, assigned to the Honorable Freda L. Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 07, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: VERIZON WIRELESS DATA**
**CHARGES LITIGATION**                                    MDL No. 2141

## SCHEDULE CTO-3 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  10-1538              Irina Roland v. Cellco Partnership

FLORIDA MIDDLE
  FLM  6  10-549               Megan Smart v. Cellco Partnership

OHIO NORTHERN
  OHN  1  10-753               Charlotte Silver v. Cellco Partnership

TENNESSEE EASTERN
  TNE  3  10-165               Greg Bonneville v. Cellco Partnership

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BUILDING AND U.S. COURTHOUSE
50 WALNUT STREET
NEWARK, NEW JERSEY 07101

CAMDEN OFFICE
MITCHELL H. COHEN
U.S. COURTHOUSE
1 JOHN F. GERRY PLAZA
CAMDEN, NJ 08101

WILLIAM T. WALSH
Clerk

TRENTON OFFICE
CLARKSON S. FISHER
U.S. COURTHOUSE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: TRENTON

June 8, 2010

Clerk, Northern District of California
Clerk's Office
450 Golden Gate Avenue
San Francisco, CA 94102

Re: MDL 2141
   Irina Roland v. Cellco Partnership 3:10-1553

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable, Freda L. Wolfson, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

When the case(s) have been closed in your District please transfer the case(s) electronically via Case Extraction.

Sincerely,

WILLIAM T. WALSH, Clerk

s/ Denise DePaul
Deputy Clerk

cc: Jeffrey N. Luthi
    Clerk Judicial Panel on Multidistrict Litigation